Com. v. Landis [33] . . . . . . . . . . . . . . . . . . . . 28 MDA 2016  11/30/2016  CP–06–CR–0005405–
Affirmed  2009
(Berks)

Com. v. Ruffin . . . . . . . . . . . . . . . . . . . . . . . 378 MDA 2016  11/30/2016  CP–35–CR–0000023–
Affirmed  2015
(Lackawanna)

Com. v. Hare . . . . . . . . . . . . . . . . . . . . . . . . 792 MDA 2016  11/30/2016  CP–67–CR–0000709–
Affirmed  1974
(York)

Com. v. McPherson . . . . . . . . . . . . . . . . . . 364 WDA 2014  11/30/2016  CP–02–CR–0012810–
Affirmed  1985
(Allegheny)

Com. v. Love . . . . . . . . . . . . . . . . . . . . . . . 929 WDA 2015  11/30/2016  CP–02–CR–0001676–
Affirmed  2006
(Allegheny)

Com. v. Rutherford. . . . . . . . . . . . . . . . . . . 931 WDA 2015  11/30/2016  CP–02–CR–0008728–
Affirmed  2013
(Allegheny)

Com. v. Nuttall . . . . . . . . . . . . . . . . . . . . . . 1647 WDA 2015  11/30/2016  CP–65–CR–0003461–
Affirmed  2006
(Westmoreland)

Com. v. Keys . . . . . . . . . . . . . . . . . . . . . . . . 1761 WDA 2015  11/30/2016  CP–02–CR–0008520–
Affirmed  2013
(Allegheny)

Com. v. Wilson . . . . . . . . . . . . . . . . . . . . . . 76 WDA 2016  11/30/2016  CP–02–CR–0012631–
Affirmed  2006
Application to  CP–02–CR–0012634–
Withdraw as  2006
Counsel  CP–02–CR–0015573–
Granted  2006
CP–02–CR–0015576–
2006
(Allegheny)

Com. v. Bowers . . . . . . . . . . . . . . . . . . . . . . 388 WDA 2016  11/30/2016  CP–43–CR–0001526–
Affirmed  2014
(Mercer)

33. Petition for reargument denied February 08, 2017.